UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 14, 2005

No. 05-4491
CR-03-46

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LUIS SIERRA-GONZALEZ, a/k/a Jose Luis Sierra-Gonzalez, a/k/a Luis Sierra Gonzalez, a/k/a Abraham Morales Garcia, a/k/a Alraham Alfons Garcia-Morales

    Defendant - Appellant

---

O R D E R

---

The court reporter, Cheryl Nuccio, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

The Court extends the time for filing the transcript, without sanctions, to 8/4/05. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 9/6/05.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK